IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41461
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EFREN CARDENAS-RODRIGUEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-00-CR-405-1
- - - - - - - - - -
November 8, 2001

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Efren Cardenas-Rodriguez (Cardenas) on appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967).  Cardenas has filed a response and request for appointment of substitute counsel.

Our independent review of counsel's brief, Cardenas' response, and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL

_____

[*]   Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IS DISMISSED.  *See* 5TH CIR. R. 42.2.  Cardenas' request for appointment of substitute counsel is DENIED.